USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                         :
GERALD FOREMAN,
                         :
          Plaintiff,
                         :      **ORDER**
    - against -
                         :      07 Civ. 3839 (DC)
ERIC S. ORZICK et al.,
                         :
          Defendants,
                         :
- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

       Pro se Plaintiff Gerald Foreman filed this prisoner § 1983 action on May 16, 2007.  On October 12, 2007, I issued an order, advising plaintiff that if he did not file an affidavit of service with the Court attesting to service of the summons and complaint on the defendant by November 12, 2007, the above-captioned action would be dismissed without prejudice.  The order was returned unopened on October 25, 2007, as plaintiff was no longer located at his address of record.  The Court was subsequently informed by the Pro Se office that plaintiff had been discharged and had not provided the Court an updated address.  Successive attempts to obtain plaintiff's current address have been unsuccessful.  As plaintiff has failed to update his address or file an affidavit of service with the

Court, it is HEREBY ORDERED that the above-captioned action is dismissed without prejudice in accordance with Fed. R. Civ. P. 4(m).

        SO ORDERED.

Dated:    New York, New York
            August 25, 2008

                                              DENNY CHIN
                                              United States District Judge